# PETER Y. LEE
### ATTORNEY AT LAW

| | |
|---|---|
| 770 River Road | (212) 808-0716 Tel |
| P.O. Box 52 | (212) 808-0719 Fax |
| Edgewater, NJ 07020 | Peter.Lee@LeeAdvocates.com |

May 12, 2023

Clerk of Court
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: Chang vs. Able C&C Co. Ltd.
      Case No. 2:23-cv-02590

Dear Sir or Madam:

 On behalf of Plaintiff, we wish to replace ECF 1 and provide our civil cover sheet. ECF 1 contains a typographical error.

 Enclosed are our corrected complaint and civil cover sheet. The corrected complaint is *not* an "amended" complaint under Rule 15.

 We apologize for our oversight and thank you for your valuable consideration.

          Very truly yours,

          /s/ Peter Y. Lee

          PETER Y. LEE

PYL/ddh/enc.