**LEE, LLC**
Peter Y. Lee, Esq.
770 River Road
PO Box 52
Edgewater, NJ 07020
(212) 808-0716
Peter.Lee@LeeAdvocates.Com E-Mail
*Attorneys for Plaintiff,*
*Sehoon Chang*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| SEHOON CHANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ABLE C&C CO. LTD.,<br><br>　　　　Defendant. | Case 2:23-cv-02590-KSH-JRA<br><br>**NOTICE OF MOTION FOR SUBSTITUTED SERVICE** |

TO　　ABLE C&C CO. LTD.
　　　Attn: Ms. Eugene Kim, CEO a/k/a Yoo Jin Kim
　　　78 Namdaemun-ro, 7th Floor
　　　Jung-gu, Seoul 153773
　　　South Korea
　　　eugenekim@ablecnc.com

DEAR SIR OR MADAM:

　　**PLEASE TAKE NOTICE** that Plaintiff, Sehoon Chang, through undersigned counsel, will move before this Honorable Court, at the U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on **SEPTEMBER 5,**

1

**2023, AT 9:00 A.M.**, or as soon thereafter as counsel can be heard, for an Order permitting substituted service on Defendant, Able C&C Co. Ltd.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiff shall rely upon the two accompanying declarations with exhibit(s) and memorandum of law. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff waives oral argument.

          Respectfully submitted,

          **L E E ,   L L C**
*Attorneys for Plaintiff,*
*Sehoon Chang*

Date: Aug. 11, 2023

/s/ Peter Y. Lee
By:_____
PETER Y. LEE, ESQ. (PL2405)