# PETER Y. LEE
### ATTORNEY AT LAW

| | |
|---|---|
| 770 RIVER ROAD | (212) 808-0716 TEL |
| P.O. BOX 52 | (212) 808-0719 FAX |
| EDGEWATER, NJ 07020 | PETER.LEE@LEEADVOCATES.COM |

August 11, 2023

Hon. Katharine S. Hayden, U.S.D.J.
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re   Sehoon Chang vs. Able C&C Co. Ltd.
           D.N.J. Case 2:23-cv-02590-KSH-JRA

Dear Judge Hayden:

     On behalf of Plaintiff, Mr. Sehoon Chang, we respectfully request a 30-day extension of time to serve process or until the Court decides our ECF 6 application for substituted service, whichever is later.

     We filed our complaint May 12, 2023. (ECF 2-1.) Under Fed. R. Civ. P. 4(m), Plaintiff's complaint is subject to dismissal "within 90 days" of filing. For good cause shown in our motion for substituted service, including our unavailing efforts to obtain Defendant's waiver of service, we ask for the Court's patience and understanding. As we explain in our moving papers, Defendant is a South Korea corporation with a principal place of business outside the United States.

     We thank the Court for Your Honor's valuable consideration.

                                   Respectfully,

                                   /s/ Peter Y. Lee

                                   PETER Y. LEE

PYL/ddh