# PETER Y. LEE
### ATTORNEY AT LAW

| | |
|---|---|
| 770 RIVER ROAD | (212) 808-0716 TEL |
| P.O. BOX 52 | (212) 808-0719 FAX |
| EDGEWATER, NJ 07020 | PETER.LEE@LEEADVOCATES.COM |

April 1, 2024

Hon. José R. Almonte, U.S.M.J.
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re Sehoon Chang vs. Able C&C Co. Ltd.
     D.N.J. Case 2:23-cv-02590-KSH-JRA

Dear Judge Almonte:

 On behalf of Plaintiff, we respectfully follow-up on my email to Chambers sent March 28, 2024, and request permission from the Court to appear, via telephone, at the "Microsoft Teams" video (status) conference scheduled for Tuesday, April 2, 2024, at 1:30 PM. Unfortunately, my appearance is required at the same time for an "in person" settlement conference in *Ibrahim vs. O'Connell*, N.J. Superior Court Docket BER-L-000007-23, which we expect to be one of many other cases scheduled that day.

 I have already notified Superior Court about the conflict and ask the Court to allow me to participate via telephone because my circumstances at the time will not be conducive to a video appearance.

 We thank the Court for Your Honor's valuable consideration.

         Respectfully,

         /s/ Peter Y. Lee

         PETER Y. LEE

PYL/ddh
cc: Mr. Eric Latzer, Esq.