# PETER Y. LEE
## ATTORNEY AT LAW

| | |
|---|---|
| 770 RIVER ROAD | (212) 808-0716 TEL |
| P.O. BOX 52 | (212) 808-0719 FAX |
| EDGEWATER, NJ 07020 | PETER.LEE@LEEADVOCATES.COM |

April 2, 2024

Hon. Katharine S. Hayden, U.S.D.J.
U.S. Courthouse
50 Walnut Street
Hackensack, New Jersey 07601

    **Re Sehoon Chang vs. Able C&C Co. Ltd.**
      **D.N.J. Case 2:23-cv-02590-KSH-JRA**

Dear Judge Hayden:

  On behalf of Plaintiff and in response to the ECF 38 order today, we respectfully request the Court to adjourn the hearing date to the following week of May 20, 2024. Unfortunately, I am scheduled for trial commencing May 13, 2024, in *Ruradan Corp. v. City of New York*, Case 1:22-cv-03074-LJL (S.D.N.Y.) I have conferred with defense counsel, who advises that he too is available the week of May 20, 2024.

  I apologize for any inconvenience to the Court and thank the Court for Your Honor's valuable consideration.

                Respectfully,

                /s/ Peter Y. Lee

                PETER Y. LEE

PYL/ddh
cc: Mr. Eric S. Latzer, Esq.