

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Eric S. Latzer
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6281
Writer's Direct Fax: 201.678.6281
Writer's E-Mail: ELatzer@coleschotz.com

April 3, 2024

**<u>Via Electronic Case Filing</u>**
Honorable Katharine S. Hayden, U.S.D.J.
U.S. District Court, NJ District
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:    Chang v. Able C&C Co. Ltd., Case No. 2:23-cv-02590-KSH-JRA

Dear Judge Hayden:

      We represent Defendant in the above-referenced matter.  We write in response to the Court's Text Order of April 2, 2024, to confirm that we are available for oral argument on May 14, 2024 at 11:00 a.m.  We are aware that Plaintiff's counsel has requested that the Court reschedule argument for the following week and have no objection that request.  Thank you.

      Respectfully submitted,

      COLE SCHOTZ P.C.

      */s/ Eric S. Latzer*

      Eric S. Latzer

ESL:
cc:    Peter Lee, Esq. (via electronic filing)