# PETER Y. LEE
### ATTORNEY AT LAW

| | |
|---|---|
| 770 RIVER ROAD | (212) 808-0716 TEL |
| P.O. BOX 52 | (212) 808-0719 FAX |
| EDGEWATER, NJ 07020 | PETER.LEE@LEEADVOCATES.COM |

April 4, 2024

Hon. Katharine S. Hayden, U.S.D.J.
U.S. Courthouse
50 Walnut Street
Hackensack, New Jersey 07601

    **Re Sehoon Chang vs. Able C&C Co. Ltd.**
      **D.N.J. Case 2:23-cv-02590-KSH-JRA**

Dear Judge Hayden:

 On behalf of all parties and after having conferred with defense counsel, we confirm "in person" oral argument on May 21, 2024, at 11:00 AM in Courtroom 5.

 We thank the Court for Your Honor's valuable consideration.

        Respectfully,

        /s/ Peter Y. Lee

        PETER Y. LEE

PYL/ddh
cc: Mr. Eric S. Latzer, Esq.