Joseph Barbiere – NJ Atty ID # 021332000
Eric S. Latzer – NJ Atty ID # 023192011
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
Attorneys for Defendant Able C&C Co. Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEHOON CHANG,<br><br>                    Plaintiff,<br><br>        v.<br><br>ABLE C&C CO. LTD.,<br><br>                    Defendant. | CIVIL ACTION NO. 2:23-cv-02590-KSH-JRA<br><br>**NOTICE OF MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL, TO SANCTION PLAINTIFF AND HIS COUNSEL, AND FOR RELATED RELIEF**<br><br>**Motion Day: July 1, 2024**<br>**Oral Argument Requested** |

TO:    Peter Y. Lee
       Lee LLC
       770 River Road
       PO Box 52
       Edgewater, NJ 07020-0052

**PLEASE TAKE NOTICE** that on July 1, 2024, or as soon thereafter as counsel may be

heard, defendant Able C&C Co. Ltd. ("Defendant"), by and through its counsel, Cole Schotz P.C.,

shall move before the Honorable José R. Almonte, of the United States District Court for the

District of New Jersey at the Frank R. Lautenberg U.S. Post Office & Courthouse Building, 2

Federal Square, Newark New Jersey 07102, for the entry of an Order (i) disqualifying Mr. Lee

from serving as Chang's counsel in this case; (ii) allowing Able to conduct expedited discovery,

including depositions of Chang and Mr. Lee, to determine the nature and extent of what privileged

and confidential documents may be in possession of Chang and Mr. Lee, and any third parties with whom they shared the documents; (iii) compelling Chang and Mr. Lee to immediately return, and to purge and permanently delete from all electronic devices, Able's privileged and confidential documents; (iv) compelling Chang and Mr. Lee and to submit declarations confirming that they have, in fact, turned over, and purged and permanently deleted, all such documents; (v) compelling Chang to permit a full forensic examination of all electronic devices owned or used by Chang; and (vi) sanctioning Chang and Mr. Lee for their misconduct.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the accompanying Memorandum of Law and Declaration of Eric Latzer in support of this motion. A proposed form of Order has also been submitted in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument on this motion if timely opposition is filed.

Respectfully submitted,

COLE SCHOTZ P.C.
Attorneys for Defendant Able C&C Co. Ltd.


By: _/s/ Eric S. Latzer_
        Eric S. Latzer

DATED:  May 29, 2024