# PETER Y. LEE
### ATTORNEY AT LAW

770 RIVER ROAD      (212) 808-0716 TEL
P.O. BOX 52      (212) 808-0719 FAX
EDGEWATER, NJ 07020      PETER.LEE@LEEADVOCATES.COM

April 21, 2025

Hon. Jose R. Almonte, U.S.M.J.
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re    Sehoon Chang vs. Able C&C Co. Ltd.**
           **D.N.J. Case 2:23-cv-02590-KSH-JRA**

Dear Judge Almonte:

     Regarding the Court's ECF 118 order disqualifying me as Plaintiff's counsel and prohibiting any "further action in this matter" we respectfully request leave to discuss the case with prospective attorneys to substitute in this action.

     Mr. Sehoon Chang is considering his options, including new counsel, and has requested my assistance. I wish to provide such assistance to Mr. Chang and anticipate that prospective attorneys will require further information about the case. However, Paragraph "2" of the ECF 118 order, as worded, may prevent me from doing so.

     We thank the Court for Your Honor's valuable consideration.

                Respectfully,

                /s/ Peter Y. Lee

                PETER Y. LEE

PYL/ddh
cc: Mr. Eric Latzer, Esq.