# PETER Y. LEE
## ATTORNEY AT LAW

770 RIVER ROAD       (212) 808-0716 TEL
P.O. BOX 52       (212) 808-0719 FAX
EDGEWATER, NJ 07020       PETER.LEE@LEEADVOCATES.COM

May 1, 2025

Hon. Jose R. Almonte, U.S.M.J.
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

                Re    **Sehoon Chang vs. Able C&C Co. Ltd.**
                      **D.N.J. Case 2:23-cv-02590-KSH-JRA**

Dear Judge Almonte:

We submit Plaintiff's objection to Defendant's ECF 121 fee application.[1]

Defendant seeks $63,557.50 in fees pursuant to Your Honor's ECF 117 opinion

and ECF 118 order. Notably, Page "30" of the ECF 117 opinion limits recovery to

"fees and expenses *in connection with the instant Motion*," or ECF 82 filed

September 19, 2024. Leave to file the "instant motion" was given September 10,

2024. (9/10/24 Tr. at 20:20-21:6 (ECF 81).

## I.     Defendant's fee application seeks more than what the Court had authorized.

Defendant's fee application is not limited to ECF 82 and, therefore, seeks

more than what the Court had authorized. In fact, "Exhibit A" to the fee application

---

[1] We respectfully request the Court to accept our objection, filed two hours late. Due to internet connectivity issues at home, our internet access has been inconsistent and caused delays in uploading/filing our papers.

Hon. Jose R. Almonte, U.S.M.J.
May 1, 2025
Page 2

shows activity beginning May 2024 and well after Defendant's ECF 84 reply filed

October 10, 2024. (Defendant filed its motion originally on May 29, 2024, but the

Court terminated the motion because it was not authorized. (ECF 56.))

Under ECF 117 and ECF 118, we calculate the *maximum* fees recoverable to

be $19,870.50 based on the following "Exhibit A" entries:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 987350 | 9/12/2024 | 0630 | Eric S. Latzer | 0.50 | 750.00 | 375.00 | WORK ON MOTION TO DISQUALIFY P. LEE AND FOR OTHER RELIEF |
| 987350 | 9/13/2024 | 0630 | Eric S. Latzer | 1.50 | 750.00 | 1,125.00 | WORK ON UPDATING BRIEF FOR MOTION TO DISQUALIFY |
| 987350 | 9/18/2024 | 0630 | Eric S. Latzer | 1.00 | 750.00 | 750.00 | ADDRESS MOTION TO DISQUALIFY; UPDATES TO SAME AND CORRESPONDENCE RE: SAME |
| 987350 | 9/18/2024 | 0935 | J. Michael Pardoe | 0.60 | 585.00 | 351.00 | DRAFT/REVISE MOTION TO DISQUALIFY COUNSEL AND ACCOMPANYING FILINGS; WORK WITH TEAM TO ENSURE FILED. |
| 987350 | 9/18/2024 | 0935 | J. Michael Pardoe | 1.80 | 585.00 | 1,053.00 | DRAFT/REVISE MOTION TO DISQUALIFY COUNSEL AND ACCOMPANYING FILINGS; WORK WITH TEAM TO ENSURE FILED. |
| 987350 | 9/18/2024 | 0935 | J. Michael Pardoe | 2.60 | 585.00 | 1,521.00 | DRAFT/REVISE MOTION TO DISQUALIFY COUNSEL AND ACCOMPANYING FILINGS; WORK WITH TEAM TO ENSURE FILED. |
| 987350 | 9/19/2024 | 0630 | Eric S. Latzer | 1.50 | 750.00 | 1,125.00 | WORK ON DECLARATION FOR MOTION TO DISQUALIFY; EDITS AND UPDATES TO BRIEF |
| 987350 | 9/19/2024 | 0935 | J. Michael Pardoe | 1.20 | 585.00 | 702.00 | FINALIZE AND FILE DISQUALIFICATION MOTION. |
| 987350 | 9/19/2024 | 0963 | Danielle E. Delehanty | 1.00 | 400.00 | 400.00 | REVIEW AND PREPARE NOTICE OF MOTION TO DISQUALIFY, BRIEF, LATZER CERTIFICATION WITH EXHIBITS, PROPOSED ORDER AND CERTIFICATE OF SERVICE FOR FILING (0.6); E-FILE SAME AND CIRCULATE TO TEAM (0.4) |
| 991298 | 10/3/2024 | 0630 | Eric S. Latzer | 1.00 | 750.00 | 750.00 | REVIEW OF CHANG'S OPPOSITION TO MOTION TO DISQUALIFY AND OUTLINE ISSUES FOR REPLY |
| 991298 | 10/3/2024 | 0935 | J. Michael Pardoe | 0.30 | 585.00 | 175.50 | REVIEW OPPOSITION TO MOTION TO DISQUALIFY. |
| 991298 | 10/4/2024 | 0630 | Eric S. Latzer | 1.00 | 750.00 | 750.00 | ADDRESS ISSUES RE: DISQUALIFICATION REPLY BRIEF AND CONFER/CORRESPONDENCE RE: SAME |
| 991298 | 10/4/2024 | 0935 | J. Michael Pardoe | 0.50 | 585.00 | 292.50 | PLAN/PREPARE FOR REPLY IN SUPPORT OF MOTION TO DISQUALIFY; CONFER WITH E. LATZER RE: SAME. |
| 991298 | 10/7/2024 | 0935 | J. Michael Pardoe | 2.30 | 585.00 | 1,345.50 | DRAFT/REVISE REPLY IN SUPPORT OF MOTION TO DISQUALIFY AND FOR SANCTIONS. |
| 991298 | 10/8/2024 | 0384 | Joseph Barbiere | 1.20 | 900.00 | 1,080.00 | DRAFT REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISQUALIFY PETER LEE |
| 991298 | 10/8/2024 | 0935 | J. Michael Pardoe | 4.10 | 585.00 | 2,398.50 | PERFORM LEGAL RESEARCH CONCERNING REPLY IN SUPPORT OF MOTION TO DISQUALIFY; ██████████████; PLAN/PREPARE OPPOSITION ARGUMENTS ASSERTED BY PETER LEE; CONDUCT RESEARCH RE: ██████ |
| 991298 | 10/8/2024 | 0935 | J. Michael Pardoe | 3.30 | 585.00 | 1,930.50 | DRAFT/REVISE REPLY IN SUPPORT OF MOTION TO DISQUALIFY AND FOR SANCTIONS. |
| 991298 | 10/9/2024 | 0935 | J. Michael Pardoe | 2.70 | 585.00 | 1,579.50 | FINALIZE DRAFT OF REPLY IN SUPPORT OF MOTION TO DISQUALIFY (2.5); DRAFT/REVISE EMAIL TO CLIENT RE: ██████ |
| 991298 | 10/9/2024 | 0935 | J. Michael Pardoe | 1.60 | 585.00 | 936.00 | INCORPORATE EDITS FROM J. BARBIERIE INTO REPLY BRIEF. |
| 991298 | 10/10/2024 | 0630 | Eric S. Latzer | 0.75 | 750.00 | 562.50 | REVIEW AND REVISE REPLY BRIEF FOR MOTION TO DISQUALIFY |
| 991298 | 10/10/2024 | 0935 | J. Michael Pardoe | 0.80 | 585.00 | 468.00 | FINALIZE AND FILE REPLY IN SUPPORT OF MOTION TO DISQUALIFY. |
| 991298 | 10/10/2024 | 0963 | Danielle E. Delehanty | 0.50 | 400.00 | 200.00 | REVIEW, PREPARE FILE AND CIRCULATE REPLY IN SUPPORT OF MOTION TO DISQUALIFY |

The remaining entries shown in "Exhibit A" show no connection to the "instant

motion."

ADMITTED IN MASSACHUSETTS, NEW JERSEY,
NEW YORK, PENNSYLVANIA & WASHINGTON

Hon. Jose R. Almonte, U.S.M.J.
May 1, 2025
Page 3

## II.    Defendant's fees requested are not reasonable.

Under RPC 1.5(a), a lawyer's fee must be "reasonable." When calculating

the amount of reasonable attorney's fees, courts must determine the lodestar,

defined as the "the number of hours reasonably expended multiplied by a

reasonable hourly rate." Rendine v. Pantzer, 141 N.J. 292, 335 (1995); see Hensley

v. Eckerhart, 103 S.Ct. 1933, 1939 (1983). Courts may not include "excessive and

unnecessary hours spent on the case in calculating the lodestar." Furst v. Einstein

Moomjy, Inc., 182 N.J. 1, 22 (2004). Therefore, the amount of the lodestar "may

be reduced[.]" R.M. v. Supreme Court of N.J., 190 N.J. 1, 11 (2007).

Defendant presents a state court decision in support of the "reasonable

hourly rate" sought today. (While Judge Thurber approved the hourly rates

requested, Her Honor deducted nearly half the fees sought because Superior Court

"is not awarding the entire fees sought, but rather assessing a sanction." ECF 121-2

at "Page 38 of 41.") Also, the state court decision is dated before the enhanced

rates sought today, which defense counsel advises became effective shortly before

Defendant filed its "instant motion." Accordingly, for the purpose of this

application, we shall not oppose the rates "prior to 9/1/24":

Hon. Jose R. Almonte, U.S.M.J.
May 1, 2025
Page 4

| Name | Position | Experience | Rate (Prior to 9/1/24) |
|---|---|---|---|
| Eric S. Latzer | Member | 14 years | $650 |
| Joseph Barbiere | Member | 24 years | $825 |
| J. Michael Pardoe | Associate | 8 years | $495 |
| Danielle Delehanty | Paralegal | 18 years | $365 |

Otherwise, Defendant's fee application is without any support for the

reasonableness of the hourly rates claimed, including the "relevant community"

and "prevailing market rates." See ECF 121-1 at p. 3.

Next, Plaintiff objects to many billing entries containing vague descriptions.

For example, Mr. Latzer's 9/12 entry for "work on motion" does little to apprise the

reader, let alone a paying client, about what was actually done. The "nature of the

services rendered" must be shown. L. Civ. R. 54.2(a)(1). In fact, the *only* entries

complying with the rule are:

| | |
|---|---|
| Ms. Delehanty's 9/19 entry | 1.00 Hours |
| Mr. Latzer's 10/3 entry | 1.00 Hours |
| Mr. Pardoe's 10/4 entry | 2.30 Hours |
| Mr. Pardoe's 10/8 entry | 4.10 Hours |

Defendant also seeks payment for duplicative work:

Mr. Latzer and Mr. Pardoe each billed for "review" of Plaintiff's
opposition on 10/3;

Hon. Jose R. Almonte, U.S.M.J.
May 1, 2025
Page 5

> Mr. Barbiere and Mr. Pardoe billed a total of 9.5 hours for "draft" reply from 10/8 to 10/9
>
> Mr. Latzer, Mr. Pardoe and Ms. Delehanty each billed for "review," "revise" and/or "file" Defendant's reply on 10/10

We do not suggest that all non-complying entries must be deducted. Rather, these issues warrant adjustments because a lawyer's fee must be "reasonable." RPC 1.5(a).

## III.    Defendant's request for "immediate" judgment is unwarranted.

On September 10, 2024, the Court advised all parties that "what happens in state court or what you did in another courtroom, even in federal court, doesn't matter to me. What matters is what happens here."[2] To the extent defense counsel relies, or continues to rely on a "prior experience" elsewhere, we shall heed the Court's instructions. Defense counsel's request for "immediate" judgment is unwarranted.

We thank the Court for Your Honor's valuable consideration.

Respectfully,

/s/ Peter Y. Lee

PETER Y. LEE

PYL/ddh
cc: Mr. Eric Latzer, Esq.

---

[2] 9/10/24 Tr. at 34:15-17 (ECF 81).

ADMITTED IN MASSACHUSETTS, NEW JERSEY, NEW YORK, PENNSYLVANIA & WASHINGTON