# PETER Y. LEE
### ATTORNEY AT LAW

| | |
|---|---|
| 770 River Road | (212) 808-0716 Tel |
| P.O. Box 52 | (212) 808-0719 Fax |
| Edgewater, NJ 07020 | Peter.Lee@LeeAdvocates.com |

May 2, 2025

Hon. Katharine S. Hayden, U.S.D.J.
U.S. Courthouse
50 Walnut Street
Hackensack, New Jersey 07601

        **Re   Sehoon Chang vs. Able C&C Co. Ltd.**
              **D.N.J. Case 2:23-cv-02590-KSH-JRA**

Dear Judge Hayden:

    Due to technical difficulties last evening, our brief in support of Plaintiff's ECF 123 motion for reconsideration apparently failed to upload properly. We attach the full and complete brief.

    The application seeks reconsideration of Magistrate Judge Almonte's ECF 117 opinion and ECF 118 order disqualifying the undersigned and imposing numerous sanctions.

    We thank the Court for Your Honor's valuable consideration.

                                       Respectfully,

                                       /s/ Peter Y. Lee

                                       PETER Y. LEE

PYL/ddh
cc:  Mr. Eric S. Latzer, Esq.